# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 5:20-cv-03585 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:18-cv-00862 EJD, *Fareed Sepehry-Fard v. Internal Revenue Service, et al.*.

IT IS SO ORDERED.

Date: June 8, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 20-cv-03585 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES